PROB 12A
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

### Report on Offender under Supervision

Name of Offender: Christopher Mark Barrineau     Case Number: 0868 3:16CR00150

Name of Sentencing Judicial Officer: The Honorable Ralph R. Erickson, Circuit Judge Sitting By Designation

Date of Original Sentence: April 18, 2018

Original Offense: Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance, 21 USC 846

Original Sentence: 70 months confinement, 3 years supervised release

Type of Supervision: TSR     Date Supervision Commenced: 4/30/2021

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1. On February 23, 2022, during an unannounced home contact, Mr. Barrineau submitted to drug testing and was positive for methamphetamine. The sample was sent to the lab and the results were later confirmed. This is a violation of Special Condition #4 which states Mr. Barrineau shall totally abstain from illegal drugs.

2. Mr. Barrineau has failed to report for drug testing on December 23, 2021, December 25, 2021, February 2, 2022, February 19, 2022, and March 12, 2022. This is a violation of Special Condition # 5 which states Mr. Barrineau must submit to drug/alcohol screening and failure to submit to testing can result in mandatory revocation.

U.S. Probation Officer Action:

Mr. Barrineau is being referred for a chemical dependency assessment and contacts with the USPO have been increased.

PROB 12A
(Rev. 2/13)
Barrineau, Christopher
0868 3:16CR00150

Respectfully submitted,

/s/ Megan Scherf
U.S. Probation Officer
Date: March 16, 2022

☒ Approved
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

03/17/2022
_____
Date