PROB 12A
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

### Report on Offender under Supervision

Name of Offender: Christopher Mark Barrineau    Case Number: 0868 3:16CR00150

Name of Sentencing Judicial Officer: The Honorable Ralph R. Erickson, Circuit Judge Sitting By Designation

Date of Original Sentence: April 18, 2018

Original Offense: Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance, 21 USC 846

Original Sentence: 70 months confinement, 3 years supervised release

Type of Supervision: TSR    Date Supervision Commenced: 4/30/2021

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1. **On April 11, 2022, after submitting to drug testing, Mr. Barrineau admitted to the use of marijuana on approximately April 9, 2022, and methamphetamine on approximately April 7, 2022.** This is a violation of Special Condition #4 which states Mr. Barrineau shall totally abstain from illegal drugs.

U.S. Probation Officer Action:

On April 11, 2022, Mr. Barrineau placement at the local RRC, Centre, Inc., in Fargo began. Upon entering the facility, Mr. Barrineau tested positive and admitted using the substances noted above. He missed appointments for a chemical dependency assessment. It was rescheduled however if Mr. Barrineau misses again, he will be placed on restrictions at the RRC until it is completed. At this time, he will remain at the RRC and be required to follow through with the referred chemical dependency services.

PROB 12A
(Rev. 2/13)
Barrineau, Christopher
0868 3:16CR00150

Respectfully submitted,

/s/ Megan Scherf
U.S. Probation Officer
Date: April 18, 2022

☒ Approved
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

04/19/2022
_____
Date