12/18/2024


Dear Judge Welte,


I am writing this to you in regards to the time I saw you last year; December 21, 2023.  After hearing my case, you decided that if I was compliant and law abiding for the next year, that you would grant me a holiday gift of letting me off of probation completely.  It's now just days away from that year being up, and I've completed the year as you asked; with no issues in any shape or form.  You asked if I played poker and as I have, I knew you weren't bluffing and was aware of the consequences if I didn't take your words and my actions seriously. With the year of completion almost here, I'm asking you to grant me that which you spoke of, release from probation.  Thank you for your thoughtfulness in the matter and extending to me the opportunity to show you I am also a man of my word.


Best Wishes,

Christopher Mark Barrineau